UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SUNIL WADHWA and LYNN LORI WADHWA, | |
| Plaintiffs, | CIV. NO. 2:10-03361 WBS DAD |
| vs. | |
| AURORA LOAN SERVICES, LLC, a subsidiary of AURORA BANK, FSB; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

| | |
|---|---|
| SUNIL WADHWA and LYNN LORI WADHWA, | |
| Plaintiffs, | CIV. NO. 2:11-01525 FCD GGH |
| vs. | |
| AURORA LOAN SERVICES, LLC, a subsidiary of AURORA BANK, FSB; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MARIN CONVEYANCING CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; STRUCTURED ASSET SECURITIES CORPORATION; US BANK, N.A. AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-ARI; QUALITY LOAN SERVICE CORPORATION; and DOES 1-10, inclusive, | |
| Defendants. | |

1                        ----oo0oo----

2              Examination of the above-entitled actions reveals that
3    these actions are related within the meaning of Local Rule
4    123(a) because the plaintiffs are the same in both cases, most
5    of the defendants are the same in both cases, and both cases
6    involve similar claims.  Accordingly, the assignment of the
7    matters to the same judge is likely to effect a substantial
8    saving of judicial effort and is also likely to be convenient
9    for the parties.
10             The parties should be aware that relating the cases
11   under Local Rule 123 merely has the result that both actions are
12   assigned to the same judge; no consolidation of the actions is
13   effected.  Under the regular practice of this court, related
14   cases are generally assigned to the judge and magistrate to whom
15   the first filed action was assigned.
16             IT IS THEREFORE ORDERED that the actions denominated
17   <u>Wadhwa, et al. v. Aurora Loan Services, LLC et al.</u>, Civ. No.
18   2:10-03361 WBS DAD and <u>Wadhwa, et al., v. Aurora Loan Services,</u>
19   <u>LLC, et al.</u>, Civ. No. 2:11-01525 FCD GGH, be, and the same
20   hereby are, deemed related and the case denominated <u>Wadhwa, et</u>
21   <u>al., v. Aurora Loan Services, LLC, et al.</u>, Civ. No. 2:11-01525
22   FCD GGH, shall be reassigned to the Honorable WILLIAM B. SHUBB
23   and Magistrate Judge Dale A. Drozd for all further proceedings.
24   Any dates currently set in the reassigned case <u>only</u> are hereby
25   VACATED.  Henceforth, the caption on documents filed in the
26   reassigned case shall be shown as <u>Wadhwa, et al., v. Aurora Loan</u>
27   <u>Services, LLC, et al.</u>, Civ. No. 2:11-01525 WBS DAD.
28             IT IS FURTHER ORDERED that the Clerk of the Court

1  make appropriated adjustment in the assignment of civil cases to
2  compensate for this reassignment.
3  DATED:  June 7, 2011

```
                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
```