UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SUNIL WADHWA and LYNN LORI WADHWA,

        Plaintiffs,

   v.

AURORA LOAN SERVICES, LLC, <u>a subsidiary of</u> AURORA BANK, FSB; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MARIN CONVEYANCING CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; STRUCTURED ASSET SECURITIES CORPORATION; US BANK N.A. AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-ARI; QUALITY LOAN SERVICE CORPORATION AND DOES 1-10, INCLUSIVE,

        Defendants.
_____/

NO. CIV. 2:11-1525 WBS DAD

<u>ORDER</u>

SUNIL WADHWA and LYNN LORI WADHWA,

        Plaintiffs,

NO. CIV 2:11-01784 KJM KJN

           v.

AURORA LOAN SERVICES, LLC,
a subsidiary of AURORA BANK,
FSB; CAPITOL ONE FINANCIAL
CORPORATION; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.; and, DOES
1-50, INCLUSIVE,

           Defendants.
_____/

           The court has received the Notice of Related Cases concerning the above-captioned cases filed on July 14, 2011.  See Local Rule 83-123.  The court has, however, determined that relating or reassigning the cases at this time would unlikely result in any substantial saving of judicial resources, and therefore declines to do so.  This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

           IT IS SO ORDERED.

DATED: July 21, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE