IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUNIL WADHWA, et al.,

    Plaintiffs,　　　　　　　　　No. CIV S-11-1525 WBS DAD PS

    vs.

AURORA LOAN SERVICES, LLC,
a subsidiary of AURORA BANK, FSB,
et al.,

    Defendants.　　　　　　　　　<u>ORDER</u>

_____/

    Plaintiffs are proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On June 21, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  The findings and recommendations filed June 21, 2012 (Doc No. 34) are adopted in full;

4         2.  Defendants' January 3, 2012 motion for an order to expunge lis pendens (Doc. No. 27) is granted; and

6         3.  The lis pendens recorded with the El Dorado County Recorder on October 15, 2010, on property located at 3055 Orbetello Way, El Dorado, California 95762, Document Number 2010-0049037-00, is hereby expunged.

DATED:  July 25, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

wadhwa1525.jo